**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403**

Brian K. Thompson
Attorney at Law
3600 Jackson St., Ste. 115 B
Alexandria LA 71303

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on May 26, 2021

**REHEARING ACTION: May 26, 2021**

**Docket Number: 20   00041-CA consolidated with 40-CA**

**ANDREW J. FOWLER AKA A.J. FOWLER
& BLANCHE DERAMUS FOWLER
VERSUS
JAMES CLINTON "PETE" PERKINS, EMILY LOUISE PERKINS
AND THE LIVING TRUST OF JAMES & EMILY PERKINS**

**Appealed from Rapides Parish Case No. 250,346 c/w, 250,334**

**BEFORE JUDGES:**

   **Hon. Sylvia R. Cooks
   Hon. D. Kent Savoie
   Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Andrew J. Fowler, et al.** has this day been

   **DENIED.**

cc: Richard Alan Rozanski, Counsel for the Appellee